**COURTROOM DEPUTY MINUTES**  **DATE:** June 2, 2006
**MIDDLE DISTRICT OF ALABAMA**

**DIGITAL RECORDING:** 3:40 - 3:52

- √ **INITIAL APPEARANCE**
- ❒ **DETENTION HEARING**
- ❒ **REMOVAL HEARING (R.40)**
- ❒ **ARRAIGNMENT**
- ❒ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
- ❒ **PRELIMINARY EXAMINATION**

---

**PRESIDING MAG. JUDGE** VANZETTA PENN MCPHERSON   **DEPUTY CLERK:** WANDA ROBINSON

**CASE NO.** 1:06mj52-VPM    **DEFT. NAME:** EZEKIAL LAMAR LEE, NAKEESHA NICOLE LAWTON

**USA:** Tommie Brown Hardwick    **ATTY:** Christine Freeman (Lee); Daniel Hamm (Lawton)

Type Counsel: ( ) Retained; ( √ ) Panel CJA; ( ) Waived; ( √ ) CDO;

**USPTSO/USPO:** Ron Thweatt        Hamm    Freeman

Defendant _____ does √ _____ does NOT need an interpreter; NAME _____

---

√ **Kars.**      Date of Arrest **6/2/06**    or    ❒ karsr40

√ **kia.**       Deft. First Appearance. Advised of rights/charges. ❒Pro/Sup Rel Violator

√ **Finaff.**    Financial Affidavit executed ❒ to be obtained by PTS; ❒ **ORAL** Motion for Appt. Of Counsel.

√ **koappted**   **ORAL ORDER** appointing Federal Defender  - **Notice to be filed. (LEE)**

√ **20appt.**    Panel Attorney Appointed; √ to be appointed - prepare voucher (Daniel Hamm for Lawton)

❒              Deft. Advises he will retain counsel. Has retained _____

❒              Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ❒ To be followed by written motion;

√              Government's **WRITTEN** Motion for Detention Hrg. filed.

√              **DETENTION HRG and Prelim. Hrg** ❒ held; √ set for **6/8/06 at 10:00 a.m.**;

❒ **kotempdtn.**  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered

❒ **kodtn.**      **ORDER OF DETENTION PENDING TRIAL** entered

❒ **kocondrls.**  Release order entered. ❒ Deft. advised of conditions of release.

❒ **kbnd.**       ❒ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR)
                  ❒ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered

√ **Loc.(LC)**    Bond **NOT** executed. Deft to remain in Marshal's custody

❒ **ko.**         Deft. **ORDERED REMOVED** to originating district

❒ **kwvprl.**     Waiver of ❒ Preliminary hearing; ❒ Kwvr40hrg. (Waiver of R.40 Hearing)

❒                Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury.

❒ **Karr.**       **ARRAIGNMENT** SET FOR: _____ **HELD.** Plea of **NOT GUILTY** entered.
                  **Trial Term** _____;   **PRETRIAL CONFERENCE DATE:** _____
                  **DISCOVERY DISCLOSURES DATE:** _____

❒ **Krmknn.**     **NOTICE** to retained Criminal Defense Attorney handed to Counsel

❒ **krmvhrg.**    Identity/Removal Hearing set for _____

❒ **Kwvspt**      **Waiver of Speedy Trial Act Rights Executed**.

Defense Counsel to call Courtroom Deputy to inform the Court of the Number of Witnesses Expected to testify at the hearing