IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:06mj52-VPM |
| | ) | |
| EZEKIAL LAMAR LEE, | ) | |
| NAKEESHA NICOLE LAWTON | | |

**ORDER ON MOTION**

For good cause, it is

ORDERED that the Government's Motion for Detention Hearing filed 2 June 2006 (Doc #4) is **GRANTED** and that a Detention Hearing and a Preliminary Examination Hearing are hereby set for 8 June 2006 at 10:00 a.m. in Courtroom 5-A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE, this 5th day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE