IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 1:06mj52-VPM |
| | ) | |
| EZEKIAL LAMAR LEE, | ) | |
| NAKEESHA NICOLE LAWTON | ) | |

MOTION TO DISMISS COMPLAINT

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to Dismiss the Complaint, heretofore filed in the above-styled cause to Ezekial Lamar Lee and Nakeesha Nicole Lawton, on the following grounds, to wit: Lee and Lawton were indicted on June 6, 2006, in the Northern District of Florida.

Respectfully submitted this the 7th day of June, 2006.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Tommie Brown Hardwick
TOMMIE BROWN HARDWICK
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334) 223-7280
FAX: (334) 223-7135
E-mail: tommie.hardwick@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. <u>1:06mj52-VPM</u> |
| | ) | |
| EZEKIAL LAMAR LEE, | ) | |
| NAKEESHA NICOLE LAWTON | ) | |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 7, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Kevin Butler, Esq., and Daniel G. Hamm, Esq.

                Respectfully submitted,

                /s/Tommie Brown Hardwick
                TOMMIE BROWN HARDWICK
                One Court Square, Suite 201
                Montgomery, AL 36104
                Phone: (334) 223-7280
                FAX: (334) 223-7135
                E-mail: <u>tommie.hardwick@usdoj.gov</u>